UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 NOV 19 AM 10: 45

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Docket No. **07 MJ 2700** |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | |
| ) | Title 8, U.S.C., Section 1326 |
| Jose Antonio CARRANZA-Huesos, ) | Deported Alien Found in the |
| ) | United States |
| Defendant ) | |

The undersigned complainant, being duly sworn, states:

On or about **November 17, 2007** within the Southern District of California, defendant, **Jose Antonio CARRANZA-Huesos**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **19th** DAY OF **NOVEMBER, 2007**

Jan M. Adler
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Jose Antonio CARRANZA-Huesos

## PROBABLE CAUSE STATEMENT

On November 17, 2007, Border Patrol Agent C. Kuhn was assigned to line watch duties in the State Route 94 Checkpoint area of operations. At approximately 10:00 p.m., Agent Kuhn responded to a sensor activation in the area of Bee Canyon. This area is approximately ten miles west of the Port of Entry at Tecate, California and extends northbound for approximately two miles from the International Border between the United States and Mexico.

Upon arriving in the area, Agent Kuhn observed a group of suspected undocumented aliens walking northbound in the canyon. Agent Kuhn approached their location and observed ten individuals attempting to conceal themselves in some high brush at the bottom of the canyon. Agent Kuhn approached the subjects, including one later identified as the defendant **Jose Antonio CARRANZA-Huesos**, and identified himself as a U.S. Border Patrol Agent in both the Spanish and English languages. Agent Kuhn then questioned the individuals in order to determine their citizenship and immigration status. All ten individuals including the defendant admitted to being citizens and nationals of Mexico illegally present in the United States. Agent Kuhn placed the group under arrest and transported them to the Brown Field Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **May 26, 2006** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.