RRMe

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07cr3378-BEN |
|---|---|---|
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); |
| JOSE ANTONIO CARRANZA-HUESOS, | ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |
| Defendant. | ) | |

The United States Attorney charges:

Count 1

On or about 6-30-06, within the Southern District of California, defendant JOSE ANTONIO CARRANZA-HUESOS, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//

//

CPH:drh:San Diego
11/29/2007

                            Count 2

1  On or about November 17, 2007, within the Southern District of
2  California, defendant JOSE ANTONIO CARRANZA-HUESOS, being an alien,
3  unlawfully entered or attempted to enter the United States at a
4  time and place other than as designated by immigration officers,
5  and eluded examination and inspection by immigration officers, and
6  attempted to enter or obtained entry to the United States by a
7  willfully false or misleading representation or the willful
8  concealment of a material fact and previously committed the offense
9  of illegal entry, as alleged in Count 1; all in violation of
10 Title 8, United States Code, Section 1325, a felony.

DATED: 12/13/07

KAREN P. HEWITT
United States Attorney

*J.Pw*
for CAROLINE P. HAN
Assistant U.S. Attorney