AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| JOSE ANTONIO CARRANZA-HUESOS | CASE NUMBER: 07cr3378 BEN |

I, JOSE ANTONIO CARRANZA-HUESOS , the above named defendant, who is accused of Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 12-13-07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Jose Antonio Carranza
Defendant

Counsel for Defendant

Before _____
JUDICIAL OFFICER