ZANDRA LUZ LOPEZ
California Bar No. 216567
427 C Street, suite 300
San Diego, Ca. 92101
619.233.3169, ext. 17
fax: 619.684.3522
zll@zandralopezlaw.com

Attorneys for Mr. Carranza-Huesos

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROGER T. BENITEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07CR3378-BEN |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JOINT MOTION TO CONTINUE** |
| ) | **SENTENCING HEARING** |
| **JOSE ANTONIO CARRANZA-HUESOS**, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Good cause appearing, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Zandra L. Lopez, counsel for Mr. Carranza-Huesos along with Assistant United States Attorney Caroline P. Han, that the sentencing hearing currently set for February 11, 2008, be rescheduled to February 19, 2008 at 9:00 a.m.

Dated:   February 6, 2008              /s/ Zandra L. Lopez
                                       **ZANDRA L. LOPEZ**
                                       Attorney for Mr. Carranza-Huesos

Dated:   February 6, 2008              /s/ Caroline P. Han
                                       **CAROLINE P. HAN**
                                       Assistant United States Attorney