ZANDRA LUZ LOPEZ
California Bar No. 216567
427 C Street, suite 300
San Diego, Ca. 92101
619.233.3169, ext. 17
fax: 619.684.3522
zll@zandralopezlaw.com

Attorneys for Mr. Carranza-Huesos

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROGER T. BENITEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07CR3378-BEN |
| Plaintiff, ) | |
| v. ) | **JOINT MOTION TO CONTINUE** |
| ) | **SENTENCING HEARING** |
| **JOSE ANTONIO CARRANZA-HUESOS**, ) | |
| Defendant. ) | |
| ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF upon all parties electronically listed.

Dated: February 6, 2008

Respectfully submitted,

/s/    Zandra L. Lopez
**ZANDRA L. LOPEZ**
Attorney for Defendant
zll@zandralopezlaw.com